NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-7033

PAUL T. CHALSTROM,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-713, Judge Bruce E. Kasold.

## ON MOTION

## O R D E R

The claimant-appellant moves for an extension of time, until May 15, 2010, to file his docketing statement and for an extension of time, until May 24, 2010 to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

MAY 13 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael J. Carroll, Esq.
Courtney S. McNamara, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 13 2010

JAN HORBALY
CLERK